UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM CODY,<br><br>               Plaintiff,<br><br>    vs.<br><br>DOUG CLARK, individual and official capacity; DANIEL SULLIVAN, individual and official capacity; JENNIFER DREISKE, individual and official capacity; BRITTNEY LENGKEEK, individual and official capacity; SAM BADURE, individual and official capacity; JEFFREY ELTON, individual and official capacity; JENNIFER FENOLIO, individual and official capacity; TROY PONTO, individual and official capacity; TIM REISCH, individual and official capacity; DARIN YOUNG, individual and official capacity; JOHN BENTING, individual and official capacity; MIKE LEIDHOLT, individual and official capacity; KELLIE WASKO, individual and official capacity; NYLA SPRINKEL, individual and official capacity; JOHN/JANE DOES #2(b), individual and official capacities; JOHN/JANE DOES #2(c), individual and official capacities; JOHN/JANE DOES #3, individual and official capacity; MARY CARPENTER, individual and official capacity,<br><br>               Defendants. | 4:22-CV-04010-KES<br><br>NUNC PRO TUNC ORDER CORRECTING FILING FEE |

        Plaintiff, William Cody, an inmate at the South Dakota State

Penitentiary, filed a pro se civil rights lawsuit under 42 U.S.C. § 1983. Docket

1. Cody filed a motion for leave to proceed in forma pauperis, and this court granted Cody's motion and required him to pay an initial partial filing fee. Dockets 2, 7. In that order, this court directed the institution having custody of Cody to forward monthly payments until the $402 filing fee is paid in full. Docket 7 at 3. Under the District Court Miscellaneous Fee Schedule issued in accordance with 28 U.S.C. § 1914, the $52 administrative portion of this fee does not apply to persons granted in forma pauperis status. *See* District Court Miscellaneous Fee Schedule, https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule (last visited May 25, 2022). Cody's full filing fee is $350.

    Thus, it is ORDERED

1. That Cody's filing fee, to be paid monthly as per this Court's instructions in its order granting Cody's motion to proceed in forma pauperis, is $350.

    Dated May 26, 2022.

                                  BY THE COURT:

                                  /s/ *Karen E. Schreier*
                                  KAREN E. SCHREIER
                                  UNITED STATES DISTRICT JUDGE